Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

____Denver____ District of ____Colorado____

____1st____ Division

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR -5 2025

JEFFREY P. COLWELL
CLERK

Trevel williams, malcolm
)
)
)
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

The city and county of denver, den justice
)
)
)
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Travel malcolm williams
- All other names by which you have been known: Travel
- ID Number: 0000872798
- Current Institution: Denver downtown detention Center
- Address: 490 W COLFAX AVE
- Denver, C.O. 80204
- City / State / Zip Code

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: Denver Police department district 2
- Job or Title *(if known)*: Peace officer
- Shield Number: SOH937
- Employer: Denver Police department
- Address: 3921 Holly St, Dc
- Denver, C.O. 80207
- City / State / Zip Code

[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
- Name: The Denver County Combined court
- Job or Title *(if known)*: the magistrate and the district attorney
- Shield Number: did - does not disclose information
- Employer: the City and County of denver or the Capitol
- Address: 501 W COLFAX AVE
- Denver, C.O. 80204
- City / State / Zip Code

[✓] Individual capacity  [ ] Official capacity

Page 2 of 11

Defendant No. 3
Name: Annmarie Spain
Job or Title (if known): magistrate - "judge"
Shield Number: did - does not disclose information
Employer: thee capitol of denver
Address: 501 W COLFAX AVE
City: Denver  State: C.O  Zip Code: 80204
☒ Individual capacity   ☐ Official capacity

Defendant No. 4
Name: name in unofficial capacity does not disclose
Job or Title (if known): the district attorney office of denver
Shield Number: the capital of the city and County of denver
Employer: does - did not disclose information
Address: 501 W COLFAX AVE
City: Denver  State: CO  Zip Code: 80204
☒ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

first amendment ~~third~~ amendment fifth amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*my first amendment\* fourth amendment\* fifth amendment\**

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*the Police never read my miranda rights and Charges or gave an official arrest; the magistrate denied me the right to a pre-liminary hearing; the district attorney signed the affidavit without official evidence.*

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* *Pending Charges in three Counties without Prelim*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*28th and quebec infront of the affordable Senior living home and King Soopers on one, twenty eighth, two-thousand twenty five a nine or ten oclock in the morning to the morning on one, twenty ninth, two thousand twenty five a 8:00 eight oclock in the morning*

*28th twenty-eighth and Quebec by the affordable Senior living home and King Soopers on the first month on the 28th of the year 2025*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*at Court the next morning in Courtroom 2100 a eight in the morning*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

1/28/2025 to 1/29/2025 @ 8:ATP 1pm to 8:00 AM to 2pm

January twenty eighth two thousand twenty five ~~to the twenty ninth~~

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

the witness made an unofficial complaint the Peace officer made an un-official arrest the magistrate denied me the right to pre-liminary the district attorney signed the affidavit at an un-official Capacity and individual Capacity and without official evidence.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

mental health treatment might suffice, but i was tackled one hundred yards from the alleged charges 

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

to approve my new alleged charges money request and drop my charges in the city and County of Denver, 900,000,000,000.00

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Denver downtown detention Center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

the violation of my; more than 3 (three) amendments Constitutional

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   both offices of the independent monitor

2. What did you claim in your grievance?

   my integrity of the case and the violation of rights

3. What was the result, if any?

   the has been no result

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   mail multiple legal complaints

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

ive had my lawyer try to appoint himself Lead Council

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) trevel williams, malcolm
   Defendant(s) weld county combined court, greeley police Dept

2. Court *(if federal court, name the district; if state court, name the county and State)*
   weld county Combined Court

3. Docket or index number
   2023CR000762

4. Name of Judge assigned to your case
   marris aguire

5. Approximate date of filing lawsuit
   2/5/2025 february fifth, two thousand and five

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   there has been no filing from the clerk, no judement entered

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) trevel williams, malcolm
   Defendant(s) weld county combined courts, greeley police dept.

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Weld county combined court

3. Docket or index number
   2023CR000762

4. Name of Judge assigned to your case
   Mathis aguire

5. Approximate date of filing lawsuit
   2/5/2025

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   the Clerk did not file the mailings; no judgement entered.

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/28/2025

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Trevel TREVEL MALCOLM WILLIAMS
Prison Identification #: 0800-872798
Prison Address: 490 W COLFAX AVE
Denver    C.O    80204
City    State    Zip Code

B. **For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address



Denver Sheriff Department
P.O. Box 1108
Denver, CO 80201

The United States District Court
District of Colorado 901 19th St
Denver, Colorado 80294

Legal Mail